In the Matter of JANE E. BLOCKHUS, an Attorney, Resignor. [675 NYS2d 569] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

 In the Matter of PETER J. BRADY, an Attorney, Resignor. [675 NYS2d 568] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

 In the Matter of HARRY CHARLES BURGESS, an Attorney, Resignor. [675 NYS2d 568] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

 In the Matter of EARL S. CARREL, an Attorney, Resignor. [675 NYS2d 568] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

 In the Matter of DAVID J. COOK, an Attorney, Resignor. [672 NYS2d 828] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

 In the Matter of VICKIE M. DUTTON, an Attorney, Respondent. [672 NYS2d 829] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (b) and (e). Present—Pine, J. P., Lawton, Hayes, Wisner and Balio, JJ. (Filed June 2, 1998.)